UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SIDNEY T. SCARLETT,<br><br>    Plaintiff,<br><br>    v.<br><br>RESOL GROUP LLC, et al.,<br><br>    Defendants. | Case No. 5:14-cv-05512 EJD<br><br>**ORDER RE: NOTICES OF REMOVAL**<br><br>Re: Dkt. Nos. 16, 17, 18 |

In order for the court to assess the propriety of certain Notices of Removal filed by Plaintiff in this action (see Docket Item Nos. 16-18), the court orders pursuant to 28 U.S.C. §§ 1446(a) and 1447(b) that Plaintiff, on or before **February 4, 2015**, file a document with the following documents attached:

    1.    A copy of the pleading or pleadings filed in Santa Clara Superior Court Case No. 114cv265498 which form the basis of federal jurisdiction over that action;

    2.    A copy of the pleading or pleadings filed in Santa Clara Superior Court Case No. 114cv267656 which form the basis of federal jurisdiction over that action; and

    3.    A copy of the pleading or pleadings filed in Santa Clara Superior Court Case No. 114cv274707 which form the basis of federal jurisdiction over that action.

**IT IS SO ORDERED.**

Dated: January 26, 2015

                                            EDWARD J. DAVILA
                                            United States District Judge