UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SIDNEY T. SCARLETT,<br>    Plaintiff,<br>    v.<br>RESOL GROUP LLC, et al.,<br>    Defendants. | Case No. 5:14-cv-05512 EJD<br><br>**ORDER REVOKING IN FORMA PAUPERIS STATUS FOR APPEAL**<br><br>Re: Dkt. No. 60 |

On January 26, 2015, this court denied a motion filed by Plaintiff Sidney T. Scarlett ("Scarlett") which it construed as a motion for a temporary restraining order. See Docket Item No. 37. As stated in the order, the court declined Scarlett's motion because he did not establish a likelihood of success on the merits nor did he present any qualifying "serious questions." Scarlett has appealed from that order. See Docket Item No. 53. On February 9, 2015, the Ninth Circuit Court of Appeals referred the action to this court to determine whether Scarlett's in forma pauperis status should continue for this appeal or whether the appeal is frivolous or taken in bad faith. See Docket Item No. 60.

"An appeal may not be taken in forma pauperis if the trial court certifies in writing that it is not taken in good faith." 28 U.S.C. § 1915(a)(3). This section is generally construed to mean that an appeal must not be frivolous. See, e.g., Coppedge v. United States, 369 U.S. 438, 445 (1962) (holding that the term "'good faith' . . . must be judged by an objective standard" and is demonstrated when appellant seeks review "of any issue not frivolous."); Ellis v. United States, 356 U.S. 674, 674 (1958) ("In the absence of some evident improper motive, the applicant's good faith is established by the presentation of any issue that is not plainly frivolous."); Hooker v.

1

Case No.: 5:14-cv-05512 EJD
ORDER REVOKING IN FORMA PAUPERIS STATUS FOR APPEAL

1    American Airlines, 302 F.3d 1091, 1092 (9th Cir. 2002) ("If at least one issue or claim is found to
2    be non-frivolous, leave to proceed in forma pauperis on appeal must be granted for the case as a
3    whole.").
4        Having reviewed this matter, the court concludes there are no valid grounds on which to
5    base an appeal. Accordingly, the court certifies pursuant to 28 U.S.C. § 1915(a)(3) that Scarlett's
6    appeal is not taken in good faith and is frivolous and revokes in forma pauperis status for the
7    appellate proceedings.

**IT IS SO ORDERED.**

Dated: February 11, 2015



EDWARD J. DAVILA
United States District Judge

2
Case No.: 5:14-cv-05512 EJD
ORDER REVOKING IN FORMA PAUPERIS STATUS FOR APPEAL